UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN C. GILDRED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>XOCHITL TRAYWICK, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-04641-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT**<br><br>Re: Dkt. Nos. 2, 3, 4, 5, 8 |

The Court has reviewed Magistrate Judge James' Report and Recommendation Re Remand to State Court.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

IT IS HEREBY ORDERED that this case is remanded to Sonoma County Superior Court.

IT IS FURTHER ORDERED that the Defendants Xochitl Trawick and Gary Trawick's Application to Proceed in Forma Pauperis and Applications to Proceed in District Court without Prepaying Fees and Costs are DENIED.

Dated:  11/2/2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge